GULF, C. & S. F. RY. CO. v. McGINNIS et al. (Court of Civil Appeals of Texas. Austin. June 4, 1913.) Appeal from District Court, Bell County; John D. Robinson, Judge. Action by Mary J. McGinnis, administratrix, for the benefit of herself and others, against the Gulf, Colorado & Santa Fé Railway Company. Judgment for plaintiff, and defendant appeals. Reversed and remanded. Terry, Cavin & Mills and A. H. Culwell, all of Galveston, for appellant. Winbourn Pearce, of Temple, and A. L. Curtis, of Belton, for appellee.

RICE, J. This case was affirmed at the last term of this court, and motion for rehearing overruled (see 147 S. W. 1188), and writ of error refused by the Supreme Court. Thereafter a writ of error was granted by the Supreme Court of the United States, since which time said court, by an opinion delivered April 7, 1913 (228 U. S. 173, 33 Sup. Ct. 426, 57 L. Ed. ——), has reversed and remanded the case to this court for further proceedings consistent with its opinion therein. While said opinion only held that there was error in our holding in one particular, still it is clearly inferable therefrom that it was the intention of that court to reverse the entire case, suggesting that the evidence might be different on the issues at the next trial, for which reason we conceive it to be our duty to conform to such ruling, and to direct that the whole case be reversed for another trial de novo; and it is so ordered. Reversed and remanded.

---

GULF, C. & S. F. RY. CO. v. STRIBLING. (Court of Civil Appeals of Texas. Austin. April 23, 1913. Rehearing Denied June 25, 1913.) Appeal from Llano County Court; A. H. Willber, Judge. Action by W. F. Stribling against the Gulf, Colorado & Santa Fé Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed. Terry, Cavin & Mills, of Galveston, and W. B. Garrett, of Austin, for appellant. J. H. McLean, of Llano, for appellee.

KEY, C. J. From a judgment rendered by the county court in favor of appellee and against appellant for $377.76, for damages to two shipments of cattle, this appeal is prosecuted. The main contention urged in this court is that the evidence fails to show unreasonable or unnecessary delay and rough handling of the cattle, as alleged by the plaintiff. We cannot assent to that contention, and hold that the verdict is supported by testimony. We also hold that the assignments complaining of the action of the trial court in giving an instruction requested by appellee and refusing one requested by appellant are without merit. This disposes of all the questions presented in appellant's brief, and leads to an affirmance of the judgment. Affirmed.